UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DANG CAO VU,

      Petitioner,

         v.                          CAUSE NO. 3:25-CV-999-DRL-SJF

BRIAN ENGLISH,

      Respondent.

<u>ORDER</u>

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part, ordering the respondent to release Dang Cao Vu under the same conditions of supervision that existed before his re-detention. ECF 17. The petitioner has since been released. ECF 19. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

January 29, 2026                    *s/ Damon R. Leichty*
                                     Judge, United States District Court